**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. S. J. MILLER and J. A. Maitland, Copartners, Doing Business Under the Name and Style of Sebastiani Canning Company, Respondent.**

**No. 9674.**

Circuit Court of Appeals, Ninth Circuit.

March 11, 1941.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

Webster V. Clark, of San Francisco, Cal., for respondents S. J. Miller and others.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

The petition is granted under the authority of National Labor Relations Board v. R. W. Ferguson et al., 9 Cir., 118 F.2d 892, this day decided.

HEALY, Circuit Judge, concurs only in the order that the decree be entered.